# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161665 & (79)(80)(81)(82)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT ROSEAN ODUM,
      Defendant-Appellant.

SC: 161665
COA: 341969
Wayne CC: 16-007429-FC

_____/

On order of the Court, the motions by amicus curiae for immediate consideration and to file an answer are GRANTED. The application for leave to appeal the March 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions by amicus curiae to strike the plaintiff's pleadings and to show cause are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



t0524

Clerk